December 1, 2011



# JUDGMENT

## The Fourteenth Court of Appeals

JIM VRATIS, STINGAREE L.L.C., AND STINGAREE OPERATING L.L.C.,
Appellants

NO. 14-11-00821-CV           V.

GASLIGHT, INC., Appellee
_____

This cause, an appeal from the judgment in favor of appellee, Gaslight, Inc., signed June 21, 2011, was heard on the transcript of the record. We have inspected the record and find error in the judgment. We therefore order the judgment of the court below **REVERSED** and **REMAND** the cause for proceedings in accordance with the court's opinion.

We further order that each party shall pay its costs incurred by reason of this appeal.

We further order this decision certified below for observance.